UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUDOLF D. FULLYBRIGHT,

    Plaintiff,

        v.

AMAZON.COM INC., BLURB INC.,
INGRAM CONTENT GROUP LLC,

    Defendants.

CASE NO. **2:25-cv-01458-KKE**

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS, DKT. 5**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 5) under 28

U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C.

§ 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court

Judge.

DATED this 4th day of September, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge