*Pro Se 1 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Rudolf D. Fullybright

‎ 

‎ ,

Plaintiff(s),

v.

Amazon.com, Inc.

Blurb, Inc.

Ingram Content Group LLC ,

Defendant(s).

CASE NO. 2:25-cv-01458-KKE
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☑ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Rudolf D. Fullybright |
| Street Address | C/ 3048 – I, Agla |
| City and County | Cotonou // Email: fullybright@proton.me |
| State and Zip Code | Republic of Benin, West Africa |
| Telephone Number | + 229 01 9502 2793 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.      Defendant(s)

        *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Amazon.com, Inc |
| Job or Title *(if known)* | |
| Street Address | 410 Terry Avenue North |
| City and County | Seattle,King County |
| State and Zip Code | WA 98109 |
| Telephone Number | (206) 266-1000 |

Defendant No. 2

| | |
|---|---|
| Name | Blurb, Inc. |
| Job or Title *(if known)* | |
| Street Address | 584 Castro Street, #500 |
| City and County | San Francisco,San Francisco County |
| State and Zip Code | CA 94114 |
| Telephone Number | (415) 362-2066 |

Defendant No. 3

| | |
|---|---|
| Name | Ingram Content Group LLC |
| Job or Title *(if known)* | |
| Street Address | 1 Ingram Blvd |
| City and County | La Vergne, |
| State and Zip Code | TN 37086 |
| Telephone Number | (615) 213-5000 |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*check all that apply*)

☑  Federal question          ☑  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1338; 28 U.S.C. § 1331; 28 U.S.C. § 1367(a);

28 U.S.C. § 1651; 28 U.S.C. § 1391(b); 18 U.S.C. § 1030(g), 18 U.S.C. § 1964(c);

17 U.S.C. § 501; 17 U.S.C. § 504(b); 17 U.S.C. §§ 1201 – 1202

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

     1.    The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) __Rudolf D. Fullybright__, is a citizen of the

State of (*name*) __Republic of Benin, Africa__.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

     2.    The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the

State of (*name*) _____.  Or is a citizen of

(*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) __Amazon.com, Inc.__, is incorporated under

the laws of the State of (*name*) __Washington__, and has its principal

place of business in the State of (*name*) __Washington__.

Or is incorporated under the laws of (*foreign nation*) _____,

and has its principal place of business in (*name*)_____.

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.      The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the

amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

Defendants sold my bestseller book for more than three years and stole several billions of

dollars in royalties from me. I am requesting that they disburset ¥60 million as equitable

emergency monetary relief so I can undergo treatment and acquire legal representation.

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

## IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

## V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    August 4, 2025

Signature of Plaintiff

Printed Name of Plaintiff    RUDOLF J. FULLYBRIGHT

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

COMPLAINT FOR A CIVIL CASE - 6

*Pro Se 1 2016*

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)
a. If the plaintiff is an individual.

The plaintiff (*name*) : Rudolf D. Fullybright

, is a citizen of the State of (*name*): Republic of Benin, Africa

.

2. The Defendant(s)

b. If the defendant is a corporation.

The defendant, (*name*): Blurb, Inc.

, is incorporated under the laws of the State of (*name*): California

, and has its principal place of business in the State of (*name*): California

*Pro Se 1 2016*

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)
a. If the plaintiff is an individual.

The plaintiff (*name*) : Rudolf D. Fullybright

, is a citizen of the State of (*name*): Republic of Benin, Africa

.

2. The Defendant(s)

b. If the defendant is a corporation.

The defendant, (*name*): IngramContent Group LLC

, is incorporated under the laws of the State of (*name*): Tennessee

, and has its principal place of business in the State of (*name*): Tennessee

## III. STATEMENT OF CLAIM

I am an author and researcher who conducted **20 years** of **challenging** and **unfunded** research in the **resource-poor** country of Benin in West Africa. The research bore on antibiotic resistance control in Medicine and Agriculture. I started it in 2002 while I was still a graduate student at the University of California at Davis. I published the first edition of the book presenting the totality of my research findings 20 years later, in February 2022— with book publisher **Blurb**. I published the second edition in February 2023 with book publisher **Amazon**, and in March 2023 with book publisher **Ingram**. The book has remained a consistent bestseller since its publication in 2022, and the average price per copy is greater than **$100**. Those three corporations **sold millions of copies** of my book and stole 99% of the sales money from me—ranging in the **billions of dollars.** Right now, I am **homeless**, **ill** with **severe** and **worsening ailments**, and **cannot afford medical care** due to **lack of funds.** I am facing **extreme hunger daily**, I have become a beggar who is **living on charity** (please see Affidavit), and have **become suicidal**. I have been in this condition for the past more than three years because of the persistent theft by these corporations. I am submitting this complaint urgently to **respectfully, very respectfully** ask the Court to please order them to **stop ALL sales and distribution** of my books and to **immediately disburse $60 million** from my

**Page 1 of 7**

**royalties that they have been stealing** so I can undergo **urgent medical treatment,** acquire survival needs, and hire **legal representation** to recover the rest of the money **they have stolen** from me over the past three years and more.

## IV. RELIEF

I am **NOT** seeking final judgement now—only a:

1) **Preliminary Injunction** ordering Amazon, Blurb, and Ingram to:

- Immediately cease **ALL sales, distribution, and listing** of my book in any form, digital or physical, domestic or international;
- **Revoke or suspend** all ISBNs associated with my books;
- **Cease** the use or distribution of any files or metadata associated with my books;
- **Prohibit** the destruction, alteration, or concealment of any such records or metadata;
- Provide to **the author and to this Court** a full and certified accounting of all domestic and international sales, distribution, revenues, and royalty records from February 2022 to the present, and

2) **Emergency Equitable Monetary Relief in the Amount of $60 Million USD** due to:

## **a. Legal Representation to Recover Full Damages**

This case involves complex, cross-jurisdictional piracy and copyright infringement across multiple continents, with an estimated total harm of **$11+ billion USD** stemming from the unauthorized global distribution of my intellectual property for more than three years. I reasonably anticipate 2–3 years of intensive federal litigation, including international discovery, expert testimony, trial preparation, and appellate proceedings, etc. Given the scale of the case and the necessity of retaining top-tier federal counsel on a **non-contingency basis**, I estimate legal fees as follows:

| Category | Estimated Cost (USD) |
| --- | --- |
| Retainer for multi-firm coordination (civil, federal) | $5,000,000 |
| Strategic Counsel for Punitive Damages & High-Value IP Litigation | $4,000,000 |
| Copyright & DMCA/CFAA specialists | $3,000,000 |
| Whistleblower & SEC legal interface | $2,000,000 |
| High Court & appellate representation | $3,000,000 |
| Digital forensic experts, expert witnesses (tech, IP) | $2,000,000 |

**Page 3 of 7**

| Category | Estimated Cost (USD) |
| --- | --- |
| International counsel (platforms operating globally) | $2,500,000 |
| Strategic litigation support, filings, research teams | $2,000,000 |
| Administrative & case management (3+ year horizon) | $1,500,000 |
| Contingency, sanctions defense, emergency legal motions | $5,000,000 |
| **Total Legal Fees Estimate** | **$30 million** |

These costs reflect a conservative projection for high-stakes litigation involving **multiple corporate defendants**, **overseas** platforms, and **extended** discovery periods. Without immediate legal resources, I do not stand a chance and cannot hope to defend my rights, preserve evidence, or hold these giant corporations accountable.

## b. Medical, Housing, and Livelihood Restoration

The **continued exploitation** of my work by those three companies has led to my **homelessness**, **malnutrition**, **withdrawal from medical care**, and **interruption of urgent** academic research (antibiotic resistance) in the interest of public health and agriculture. Right now, I need and require **financial**

**stabilization** to obtain shelter (please see video on homelessness in the Motion), access urgent treatment, acquire Whistleblower protection, and resume critical research work. These are basic life-preserving, dignity-restoring, and security expenses and are estimated as follows:

| Personal Restoration Component | Estimated Cost (USD) |
| --- | --- |
| Urgent Medical Treatment (leg neurological care, dental repair, prostate) | $5,000,000 |
| Mental Trauma Interventions (suicidal ideation and recovery support) | $3,000,000 |
| Secure and Stable Housing (5–10 years with recovery support) | $2,000,000 |
| Livelihood Reintegration (equipment, research restart, digital tools) | $3,000,000 |
| Reputational Repair (PR, media corrections, professional reintegration) | $2,000,000 |
| International Mobility & Safe Travel (case-related movement + safety) | $1,000,000 |
| Communication Infrastructure (secure systems, remote work setup) | $1,000,000 |
| Secure Long-Term Digital Recovery & Cloud Restoration (Denied Google Drive/Cloud & Email access, etc.) | $1,000,000 |
| Whistleblower Protection: 5-year Comprehensive Security @ $2M/year::Includes *physical safety, cyber-defense, identity protection, legal retaliation defense, and privacy tools* | $10,000,000 |

**Page 5 of 7**

| Personal Emergency Relief Estimate | $30 million |
|---|---|

This request seeks **interim relief only—not** final damages or final judgment. The ongoing SEC investigation into their conduct is expected to last years (one year has passed already) and I need emergency relief in the meantime.

Total royalties unlawfully stolen by these companies exceeds **multiple billions of dollars**. Detailed calculations supporting these figures are submitted with my SEC filings in Exhibit C3 (pages 96–105, 125–129), in Exhibit C4 (pages 46–49) and are summarized in the Table below:

## Summary of Estimated Sales Figures

| Defendant | Estimated Copies Sold | Price per Copy, $ (USD) | Print Cost, $ (USD) | Royalty per Copy, $ (USD) | Actual Damages, $ (USD) | Non-Econmic Damages, $ (USD) (75% of Actual) | Compensatory Damages, $ (USD) —Not yet Including Punitive Damages |
|---|---|---|---|---|---|---|---|
| Amazon | 27,304,827 | 120 | 15.75 | 104.25 | 2,846,528,215 | $2,134,896,161 | $4,981,424,376 |
| Blurb | 28,959,665 | 94 | 30 | 64 | 1,853,417,742 | $1,390,063,307 | $3,243,481,049 |
| Ingram | 18,903,342 | 127.5 | 14 | 113.5 | 2,145,529,317 | $1,609,146,988 | $3,754,676,305 |

As I have submitted a Whistleblower complaint to the U.S. Securities and Exchange Commission (SEC) in 2024, the federal inquiry is ongoing and takes time. However, because my health is **severely declining** and I am physically down-trodden, it has

become necessary to obtain equitable monetary relief. As of this writing, they have **dozens of piracy websites** online that are still illegally selling my books across multiple jurisdictions around the world (please example evidence in Affidavit).

The book is a **bestseller**, and objective calculations show they have stolen into the **multi-billion dollars** over the past **three years**. Of that, I am requesting them to urgently pay $60 million (a small fraction) under the equitable authority of the Court— because I am **the author of the book** and because I am ill and facing **life-threatening** conditions, **including suicidality**. I am **not** seeking **final damages** nor **final judgement** at this stage, since the SEC is still investigating. I am only seeking temporary relief. Every evidence is presented in my Emergency Motion for Preliminary Injunction and Immediate Equitable Monetary Relief, and I will provide more details as the Court requires.

—Thank you.