UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>            Plaintiff(s),<br>    v.<br><br>AMAZON.COM INC., et al.,<br><br>            Defendant(s). | CASE NO. C25-1458-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Plaintiff's declaration, which was mischaracterized as a motion. Dkt. No. 42. The clerk is directed to terminate this filing as a motion because it does not request any relief from the Court at this time.

Dated this 6th day of October, 2025.

    Ravi Subramanian
    Clerk

    /s/ Alejandro Pasaye Hernandez
    Deputy Clerk

MINUTE ORDER - 1