UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>          Plaintiff(s),<br>    v.<br><br>AMAZON.COM INC., et al.,<br><br>          Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO RECEIVE FILINGS VIA EMAIL |

Plaintiff, representing himself, filed a motion explaining that he is having technical problems accessing filings on the docket, and he requests that until his access is restored, the Court direct the clerk to email him a copy of docket entries. Dkt. No. 44.

The Court hereby GRANTS this motion (Dkt. No. 44) and ORDERS as follows:

(1) The clerk shall email Plaintiff the Court orders he has not been able to access (Dkt. Nos. 37, 41, 43), along with this order, to fullybright@proton.me. In any future orders, the Court will instruct the clerk to email a copy to Plaintiff.

(2) Plaintiff shall inform the Court as soon as possible after his access to the docket has been restored such that email is no longer necessary.

Dated this 10th day of October, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO RECEIVE FILINGS VIA EMAIL - 1