UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT, | CASE NO. C25-1458-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The clerk is directed to TERMINATE Plaintiff's supplemental motion (Dkt. No. 46) because the text of the filing indicates it is not a motion and does not request relief. The clerk shall email a copy of this minute order to Plaintiff. *See* Dkt. No. 45.

Dated this 15th day of October, 2025.

                                                Ravi Subramanian
                                                Clerk

                                                */s/ Alejandro Pasaye Hernandez*
                                                Deputy Clerk

MINUTE ORDER - 1