UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>AMAZON.COM INC., et al.,<br><br>　　　　　Defendant(s). | CASE NO. C25-1458-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The clerk is directed to TERMINATE Plaintiff's supplemental motion (Dkt. No. 50) because the text of the filing indicates it is not a motion and does not request relief. The clerk shall email a copy of this minute order to Plaintiff. *See* Dkt. No. 45.

Dated this 6th day of November, 2025.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1