UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>                  Plaintiff(s),<br><br>    v.<br><br>AMAZON.COM INC., et al.,<br><br>                  Defendant(s). | CASE NO. C25-1458-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff styled a jury demand as a motion, but this demand does not require or request Court intervention. Dkt. No. 52. Accordingly, the clerk is directed to TERMINATE this motion. *Id*.

Plaintiff also filed a motion requesting that he be permitted to serve filings, motions, and correspondence (but not the summons/complaint) on Defendants via email to counsel. Dkt. No. 53. After a Defendant appears in this action, its counsel will receive email notifications of all filings and motions in this case via the CM/ECF system, and therefore Plaintiff need not email those documents separately to Defendants' counsel. Thus, the clerk is directed to TERMINATE this motion as well.

MINUTE ORDER - 1

The clerk shall email a copy of this minute order to Plaintiff.  *See* Dkt. No. 45.

Dated this 1st day of December, 2025.

                                                                                  Ravi Subramanian
                                                                                   Clerk

                                                                                */s/ Alejandro Pasaye Hernandez*
                                                                                  Deputy Clerk

MINUTE ORDER - 2