UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>                  Plaintiff(s),<br>     v.<br><br>AMAZON.COM INC., et al.,<br><br>                  Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INTERIM MONETARY RELIEF |

Plaintiff is proceeding *pro se* in this action against Defendants who have not yet appeared in this case. Plaintiff filed a motion for interim monetary relief, asking the Court to order Defendants to pay him $50,000 to allow Plaintiff to obtain medical care as well as to pay his required copyright deposit with the Library of Congress. Dkt. No. 55.

Plaintiff cites no authority that would permit the Court to order Defendants to essentially advance Plaintiff an award of damages preliminarily, before the Court has found Defendants liable to Plaintiff on any claim. Although the Court is sympathetic to Plaintiff's circumstances, the Court is not aware of any authority to support Plaintiff's motion, and therefore must DENY it (Dkt. No. 55).

The clerk shall email a copy of this order to Plaintiff. *See* Dkt. No. 45.

Dated this 11th day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR INTERIM MONETARY RELIEF - 1