UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>                Plaintiff(s),<br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>                Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION |

Plaintiff, who is representing himself in this action, filed a motion for procedural clarification, seeking the Court's advice as to whether the United States Copyright Office would accept an alternate means of satisfying the deposit copy requirement. Dkt. No. 57. The Court is unable to advise Plaintiff as to whether the Copyright Office would make alternate arrangements, or to assist Plaintiff in making alternate arrangements. *See Jacobsen v. Filler*, 790 F.2d 1362, 1366 (9th Cir. 1986) (explaining that courts must refuse to provide legal advice even to litigants representing themselves, because to do otherwise "would entail the district court's becoming a player in the adversary process rather than remaining its referee").

The Court therefore must DENY Plaintiff's motion. The clerk shall email a copy of this order to Plaintiff. *See* Dkt. No. 45.

Dated this 12th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION - 1