UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>AMAZON.COM INC., et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR COURT-ASSISTED SERVICE |

The Court previously granted Plaintiff's request for assistance with serving process on Defendants. Dkt. No. 37. Plaintiff, who is representing himself in this action, now informs the Court that most of those efforts have been unsuccessful, and he has since learned that addresses previously used are incorrect. Dkt. No. 59 at 7.

The Court finds good cause to GRANT Plaintiff's motion (Dkt. No. 59) and will hereby provide another opportunity for Plaintiff to serve process on the remaining Defendants with Court assistance. *See id*. at 3.

The Court directs the clerk to send Plaintiff the service forms. Plaintiff shall completely and accurately fill out the service forms, no later than January 16, 2026. If Plaintiff returns the service forms, the clerk is directed to send the following to each named defendant for whom there is a completed service form, by first class mail: a copy of the amended complaint (Dkt. No. 30) and of this order, a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons,

ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR COURT-ASSISTED SERVICE - 1

a Waiver of Service of Summons, and a return envelope with prepaid postage addressed to the Clerk's Office. All costs of service shall be advanced by the United States.

Defendants shall have thirty days in which to return the enclosed Waiver of Service of Summons. Each defendant who timely returns the signed Waiver shall have sixty days after the date designated on the Notice of Lawsuit to file and serve an answer or a motion directed to the complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure. Any defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service under Rule 4(d)(2). A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within thirty days after service.

The clerk shall email a copy of this order to Plaintiff. See Dkt. No. 45.

Dated this 17th day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge