UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT, | CASE NO. C25-1458-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff filed a supplemental motion for an order directing the clerk to send him service forms by email (Dkt. No. 61), followed shortly by a supplemental motion indicating that the previous motion is moot because the clerk already emailed him the forms (Dkt. No. 62). The clerk is therefore directed to TERMINATE both pending motions.

The clerk shall email a copy of this order to Plaintiff. *See* Dkt. No. 45.

Dated this 18th day of December, 2025.

                                                Ravi Subramanian
                                                Clerk

                                                */s/ Alejandro Pasaye Hernandez*
                                                Deputy Clerk

MINUTE ORDER - 1