UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>               Plaintiff(s),<br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>               Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER ON MISCELLANEOUS MOTIONS |

      The Court previously granted Plaintiff's motion for court-assisted service, directing the clerk to send Plaintiff service forms, and instructing Plaintiff to completely and accurately fill out the summons, no later than January 16, 2026. *See* Dkt. No. 60. Plaintiff has filed multiple motions since that time, documenting his efforts to determine the appropriate addresses for certain Defendants and requesting that the United States Marshal effectuate service. Dkt. Nos. 63, 64, 66, 67, 68.

      The Court GRANTS Plaintiff's motions to the extent that he requests that the United States Marshal effectuate service on unserved Defendants Blurb Inc. and Ingram Content Group LLC. Dkt. Nos. 63, 64, 66, 67, 68. Plaintiff must nonetheless identify the addresses where service can be accomplished for those Defendants. Thus, the Court again instructs Plaintiff to complete the service forms. After the Court receives that information from Plaintiff, the clerk is directed to

provide the information to the Marshals, who are ORDERED to serve the summons and complaint to the unserved Defendants. The Marshals are ORDERED to file proof of service once completed.

Further, as Plaintiff has notified the Court that he now can access all documents filed on the docket, the Court TERMINATES his motions related to docket access (Dkt. Nos. 74, 75) and VACATES the previous order (Dkt. No. 45) instructing the clerk to email filings to Plaintiff.

Dated this 6th day of January, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge