UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>    Plaintiff(s),<br>  v.<br><br>AMAZON.COM INC., et al.,<br><br>    Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER ON PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF |

Defendant filed a 4,618-word motion to compel arbitration and stay this case pending arbitration, in compliance with the word limits for a motion of this type. Dkt. No. 72. Under the Local Rules, Plaintiff may file an opposition of up to 8,400 words. Local Rules W.D. Wash. LCR 7(e)(4). Plaintiff, who is representing himself in this action, filed a motion for leave to file an opposition brief of 35,000 words. Dkt. No. 81.

Plaintiff has not shown that a departure from the standard briefing limits of this magnitude is necessary here. The Court GRANTS IN PART Plaintiff's motion and will accept an opposition brief of 12,600 words, but DENIES IN PART Plaintiff's motion to the extent he requests additional length. Dkt. No. 81. Defendant may file a reply brief of 6,300 words in length.

Dated this 13th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF - 1