UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT, | CASE NO. C25-1458-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The clerk is directed to terminate what is labeled on the docket as a supplemental motion (Dkt. No. 83), because it is not a motion but Plaintiff's opposition to Defendant's motion.

The clerk is also directed to terminate Plaintiff's supplemental motion (Dkt. No. 88) because it is not a separate motion but an addendum to Plaintiff's pending motion for appointment of a neutral forensic accounting expert (Dkt. No. 85).

Dated this 26th day of January 2026.

Joshua C. Lewis
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1