UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT, | CASE NO. C25-1458-KKE |
| Plaintiff(s), | ORDER DENYING PLAINTIFF'S MOTION |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The Court previously granted Defendant's motion to compel arbitration and stayed this case pending arbitration. Dkt. No. 98. Plaintiff, representing himself, thereafter appealed that order. Dkt. No. 99.

Plaintiff then filed a motion requesting that this Court lift the stay, stating that he had been unable to initiate arbitration proceedings due to technical difficulties. Dkt. No. 104. The Court finds no basis to lift the stay at this time and instead ORDERS the parties—Plaintiff and Defendant Amazon.com Inc.—to meet and confer regarding the commencement of arbitration proceedings no later than February 27, 2026, if they have not already done so. The Court thus DENIES Plaintiff's motion (Dkt. No. 104) and this case remains stayed.

Dated this 23rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION - 1