UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>                    Plaintiff(s),<br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>                 Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER RE-NOTING PLAINTIFF'S<br>MOTION TO STAY PENDING APPEAL |

The Court previously granted Defendant's motion to compel arbitration and stayed this case pending arbitration. Dkt. No. 98. Plaintiff, representing himself, thereafter appealed that order. Dkt. No. 99. Because Plaintiff notified the Court of technical difficulties he experienced in initiating arbitration proceedings, the Court ordered Defendant Amazon.com Inc. to meet and confer with Plaintiff regarding those proceedings no later than February 27, 2026. Dkt. No. 112.

Plaintiff now filed a motion for a stay pending appeal, seeking apparently to avoid the meet-and-confer obligation and the commencement of arbitration while his appeal is pending. Dkt. No. 113. This motion is subject to Local Rules W.D. Wash. LCR 7 and was therefore improperly noted as a same-day motion. The clerk is directed to RE-NOTE this motion for March 17, 2026. This order does not eliminate the parties' obligation to meet and confer, but the Court clarifies that the parties are not required to commence arbitration proceedings by February 27, 2026. The Court intended to instruct the parties to, by that date, discuss the mechanism by which such proceedings

ORDER RE-NOTING PLAINTIFF'S MOTION TO STAY PENDING APPEAL - 1

may be commenced, given that Plaintiff had experienced technical difficulties in attempting to commence the proceedings on his own.

Dated this 25th day of February, 2026.

Kymberly K. Evanson
United States District Judge