## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT, | CASE NO. C25-1458-KKE |
|               Plaintiff(s), | MINUTE ORDER |
|     v. | |
| AMAZON.COM INC., et al., | |
|               Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff has filed a motion for consideration by Chief Judge Estudillo. Dkt. No. 122. The Court thus REFERS this motion to Chief Judge Estudillo, along with the other motions previously referred. *See* Dkt. No. 121.

Dated this 10th day of March, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1