UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUDOLF D. FULLYBRIGHT,

              Plaintiff(s),

   v.

AMAZON.COM INC., et al.,

              Defendant(s).

CASE NO. C25-1458-KKE

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff has filed motions for consideration by Chief Judge Estudillo.  Dkt. Nos. 124, 125. The Court thus REFERS these motions to Chief Judge Estudillo, along with the other motions previously referred.  *See* Dkt. Nos. 121, 123.

Dated this 11th day of March, 2026.

                          Joshua C. Lewis
                          Clerk

                          */s/ Alejandro Pasaye Hernandez*
                          Deputy Clerk

MINUTE ORDER - 1