UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>AMAZON.COM INC., et al.,<br><br>                    Defendant(s). | CASE NO. C25-1458-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff has filed a motion for consideration by Chief Judge Estudillo. Dkt. No. 129. The Court thus REFERS the motion to Chief Judge Estudillo, along with the other motions previously referred. *See* Dkt. Nos. 121, 123, 126.

Dated this 13th day of March, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1