UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>               Plaintiff(s),<br><br>     v.<br><br>AMAZON.COM INC., et al.,<br><br>               Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER DENYING PLAINTIFF'S EMERGENCY MOTIONS |

The Court previously granted Defendant's motion to compel arbitration and stayed this case pending arbitration. Dkt. No. 98. Despite the stay, there has been significant motions practice in this case since that time.

Plaintiff, representing himself, recently filed two motions. One is an emergency motion for reconsideration of the Court's order granting the motion to compel arbitration (Dkt. No. 146), and the Court has already denied such a motion. *See* Dkt. No. 140. Accordingly, for the reasons previously articulated, the Court DENIES Plaintiff's motion for reconsideration (Dkt. No. 146) and will strike any future motions for reconsideration of the order granting the motion to compel arbitration.

Plaintiff also filed an emergency motion to lift the stay, stating that he has been unable to initiate arbitration proceedings due to technical difficulties. Dkt. No. 149. This too is an issue previously addressed by the Court in response to a prior iteration of this motion. *See* Dkt. Nos.

ORDER DENYING PLAINTIFF'S EMERGENCY MOTIONS - 1

104, 112. The Court previously denied a motion to lift the stay due to technical difficulties, ordering the parties to instead meet and confer in an attempt to address the technical difficulties that Plaintiff has experienced. *See* Dkt. No. 112. It appears that previous efforts to meet and confer have not resolved the technical difficulties. *See* Dkt. No. 127 at 2, Dkt. No. 128, Dkt. No. 149. Accordingly, for the same reasons previously articulated, the Court again DENIES the motion to lift the stay (Dkt. No. 149) and ORDERS the parties to meet and confer regarding the initiation of arbitration proceedings. The parties shall file a joint status report no later than April 17, 2026, detailing the progress to date and any outstanding technical barriers to arbitration. The Court trusts that Defendant will offer the full extent of the assistance at its disposal to Plaintiff.

Lastly, the Court reminds Plaintiff that this case is stayed pending arbitration. The Court encourages the parties to pursue arbitration in good faith and will not entertain future motions not directly related to the status of arbitration until the stay is lifted.

Dated this 3rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING PLAINTIFF'S EMERGENCY MOTIONS - 2