UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT,<br><br>            Plaintiff(s),<br><br>   v.<br><br>AMAZON.COM INC., et al.,<br><br>            Defendant(s). | CASE NO. C25-1458-KKE<br><br>ORDER DECLINING VOLUNTARY RECUSAL AND REFERRING MOTION TO CHIEF JUDGE |

Plaintiff, representing himself in this lawsuit, has filed motions requesting that the undersigned judge voluntarily recuse from handling this matter, and requesting that the case be assigned to another judge. Dkt. No. 169. According to Plaintiff, the Court's prior actions demonstrate "bias, prejudice, harm, injustice and unlawful conduct[.]" *Id*. at 2. Plaintiff requests recusal under 28 U.S.C. § 144. *Id.* at 4–7.

Section 144 provides that

> [w]henever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

To be "sufficient" for purposes of Section 144 disqualification, an affidavit must state facts that, if true, would fairly support an allegation of bias or prejudice stemming from an extrajudicial

ORDER DECLINING VOLUNTARY RECUSAL AND REFERRING MOTION TO CHIEF JUDGE - 1

source. *See United States v. Azhocar*, 581 F.2d 735, 739–40 (9th Cir. 1976) ("Adverse rulings do not constitute the requisite bias or prejudice of § 144.").

Plaintiff's recusal motion and affidavit do not identify any extrajudicial source factor supporting recusal. Plaintiff is understandably unsatisfied with the Court's rulings, but those rulings do not suggest that the Court cannot be impartial, or is biased or prejudiced against Plaintiff. The Court thus DECLINES to voluntarily recuse from participation in this case, and REFERS Plaintiff's motion (Dkt. No. 169) to Chief Judge David Estudillo for further review, consistent with the local rules of this district. *See* Local Rules W.D. Wash. LCR 3(f).

Dated this 27th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DECLINING VOLUNTARY RECUSAL AND REFERRING MOTION TO CHIEF JUDGE - 2