UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLF D. FULLYBRIGHT, | CASE NO. C25-1458-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| AMAZON.COM INC., et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff has filed motions for consideration by Chief Judge Estudillo. Dkt. Nos. 171, 172. The Court thus REFERS these motions to Chief Judge Estudillo, along with the other motion previously referred. *See* Dkt. Nos. 169, 170.

Dated this 29th day of May, 2026.

Joshua C. Lewis
Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 1