UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUDOLF D. FULLYBRIGHT,

               Plaintiff(s),

    v.

AMAZON.COM INC., et al.,

               Defendant(s).

CASE NO. C25-1458-KKE

ORDER ON MISCELLANEOUS MOTIONS

The Court previously granted Defendant Amazon.com Inc.'s motion to compel arbitration and stayed this case pending arbitration. Dkt. No. 98. Plaintiff, representing himself in this action, has experienced "repeated and continuing technical failures of the arbitration portal" and thus requests that the Court vacate the prior order compelling arbitration and staying the case. Dkt. No. 161 at 4. Plaintiff has also filed motions seeking sanctions against Amazon's counsel and the recusal of the Court due to fraud. Dkt. Nos. 166, 168, 169. The Court refused to recuse and the Chief Judge of the Western District of Washington affirmed. Dkt. No. 176.

The Court previously reminded Plaintiff that "this case is stayed pending arbitration" and that the Court "will not entertain future motions not directly related to the status of arbitration until the stay is lifted." Dkt. No. 150. The Court therefore TERMINATES Plaintiff's motions seeking to vacate the order pending arbitration and seeking sanctions against Amazon's counsel, as well as Plaintiff's renewed motion for relief under Federal Rule of Civil Procedure 54(b). Dkt. Nos.

ORDER ON MISCELLANEOUS MOTIONS - 1

161, 166, 168.  As requested by Amazon (Dkt. No. 164 at 2), the Court orders that Amazon need not respond to any future motions filed by Plaintiff unless instructed to do so by the Court.

In response to the parties' joint status report regarding the technical difficulties in initiating arbitration proceedings (Dkt. No. 156), the Court ORDERS Plaintiff to contact the American Arbitration Association ("AAA") via its telephone customer support line, no later than June 12, 2026, to seek assistance in initiating arbitration proceedings.  *See* Dkt. No. 157 at 6 (Plaintiff informing Amazon's counsel that he was willing to "speak briefly with the AAA if necessary" but would prefer to communicate in writing).  Amazon's counsel must participate in this call as well, and offer reasonable assistance to Plaintiff in response to the AAA's troubleshooting instructions.  Plaintiff shall fully comply with the AAA's instructions in a good-faith attempt to initiate arbitration proceedings.  Plaintiff and Amazon shall each file a status report of no longer than two pages in the length no later than June 30, 2026, describing any progress toward initiating arbitration.

Dated this 3rd day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MISCELLANEOUS MOTIONS - 2